The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 30, 2015, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 30, 2015



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Dawn Mahon | ) Case No. 15-14055 |
| | XXX-XX-9557 | ) Chapter 13 Proceedings |
| | | ) Judge Arthur I. Harris |
| | | ) |
| | Debtor | ) |

## ORDER DISMISSING CASE AND RELEASING INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on November 19, 2015. Upon the representations made in open court and upon the oral motion of the Trustee, the case is hereby dismissed for the following reason(s):

The Debtor is in material default in funding the Plan, either pursuant to §§1307(c)(4) and 1326(a)(1)(A) of the Bankruptcy Code, or pursuant to this Court's policies and procedures regarding plan funding, which require the Debtor to be current in plan funding at the time of confirmation.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay to the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

**SERVICE LIST**

Craig Shopneck, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

All creditors and parties of interest
(served via ECF)

Paul S Kuzmickas, Attorney for Debtor
(served via ECF)

Dawn Mahon, Debtor
6951 Paula Drive
Middleburg Heights OH 44130-3560

CS/bas
11/25/15