# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: DAWN MAHON  
Case No.: 15-14055-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Craig Shopneck - CLEVELAND, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2015.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 11/30/2015.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 5.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 137,875.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |
| Attorney fees paid and disclosed by debtor: | $400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AARONS RENTAL | Unsecured | NA | NA | NA | .00 | .00 |
| AFNI INC | Unsecured | 238.00 | NA | NA | .00 | .00 |
| AKRON BILLING CENTER | Unsecured | 100.00 | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Secured | 17,000.00 | 17,000.00 | 17,000.00 | .00 | .00 |
| ALLY FINANCIAL | Unsecured | 13,027.00 | 13,027.14 | 13,027.14 | .00 | .00 |
| ALLY FINANCIAL | Unsecured | NA | .00 | .00 | .00 | .00 |
| ATTORNEY GENERAL OF STATE OF OH | Priority | NA | 461.58 | 461.58 | .00 | .00 |
| ATTORNEY GENERAL OF STATE OF OH | Unsecured | 957.41 | 622.50 | 622.50 | .00 | .00 |
| BEREA MIDPARK HIGH SCHOOL | Unsecured | 800.00 | NA | NA | .00 | .00 |
| CABINETS TO GO | Unsecured | 2,558.21 | 2,606.21 | 2,606.21 | .00 | .00 |
| CAPITAL ACCOUNTS | Unsecured | 111.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 1,266.00 | NA | NA | .00 | .00 |
| CAVALRY SPV I LLC | Unsecured | 561.23 | 561.23 | 561.23 | .00 | .00 |
| CAVALRY SPV I LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| CBE COMPANIES INC | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DAWN MAHON Case No.: 15-14055-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CBE COMPANIES INC | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE RECEIVABLES | Unsecured | NA | NA | NA | .00 | .00 |
| CITY OF CLEVELAND | Unsecured | 686.86 | 1,036.79 | 1,036.79 | .00 | .00 |
| CITY OF CLEVELAND | Unsecured | 400.00 | 1,191.32 | 1,191.32 | .00 | .00 |
| CLEVELAND CLINIC FOUNDATION | Unsecured | 876.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT INC | Unsecured | 863.00 | NA | NA | .00 | .00 |
| CUYAHOGA COMMUNITY COLLEGE | Unsecured | NA | .00 | .00 | .00 | .00 |
| EAST OHIO GAS | Unsecured | 500.00 | 5,157.95 | 5,157.95 | .00 | .00 |
| FEDERAL PACIFIC CREDIT CO | Unsecured | 960.00 | 772.14 | 772.14 | .00 | .00 |
| FIDELITY PROPERTIES | Unsecured | 133.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 25.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL COLLECTION BUREAU | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 467.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 463.00 | NA | NA | .00 | .00 |
| HHRG | Unsecured | NA | NA | NA | .00 | .00 |
| HUNTINGTON BANK | Unsecured | 300.00 | NA | NA | .00 | .00 |
| IC SYSTEM | Unsecured | 5,960.00 | NA | NA | .00 | .00 |
| ILLUMINATING CO | Unsecured | 15,546.00 | 17,240.97 | 17,240.97 | .00 | .00 |
| JENNIFER DORTON ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| JOEL K JENSEN ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEITH D WEINER | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEY BANK NA | Unsecured | 175.00 | 308.04 | 308.04 | .00 | .00 |
| KEY BANK NA | Unsecured | 350.00 | 871.08 | 871.08 | .00 | .00 |
| KEY BANK NA | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEY BANK NA | Unsecured | NA | .00 | .00 | .00 | .00 |
| LIFE CARE MEDICAL SERVICES INC | Unsecured | 110.00 | NA | NA | .00 | .00 |
| METROHEALTH SYSTEMS | Unsecured | 25.00 | NA | NA | .00 | .00 |
| METROHEALTH SYSTEMS | Unsecured | 25.00 | NA | NA | .00 | .00 |
| METROHEALTH SYSTEMS | Unsecured | 50.00 | NA | NA | .00 | .00 |
| MICHAEL S BERKOWITZ | Unsecured | NA | NA | NA | .00 | .00 |
| MONTGOMERY LYNCH & ASSOC | Unsecured | 1,211.00 | NA | NA | .00 | .00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 296.00 | NA | NA | .00 | .00 |
| NORTH OHIO HEART INC | Unsecured | NA | NA | NA | .00 | .00 |
| NORTHEAST OHIO REGIONAL SEWER | Unsecured | 300.00 | NA | NA | .00 | .00 |
| NORTHEAST OHIO REGIONAL SEWER | Unsecured | 545.41 | NA | NA | .00 | .00 |
| OFFICES OF CHAD STEUR LAW LLC | Unsecured | NA | NA | NA | .00 | .00 |
| OHIO BELL TELEPHONE COMPANY | Unsecured | NA | 218.51 | 218.51 | .00 | .00 |
| OHIO DEPARTMENT OF TAXATION | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,896.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,947.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,623.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | .00 | .00 | .00 | .00 |

0011-35-EPIE35-00416405-426580

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DAWN MAHON                                    Case No.: 15-14055-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 615.00 | 614.71 | 614.71 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 404.00 | 403.90 | 403.90 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 251.00 | 250.54 | 250.54 | .00 | .00 |
| QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured | 4,803.00 | 4,803.21 | 4,803.21 | .00 | .00 |
| RECOVERY ONE LLC | Unsecured | 492.00 | NA | NA | .00 | .00 |
| REVENUE GROUP | Unsecured | 260.00 | NA | NA | .00 | .00 |
| REVENUE GROUP | Unsecured | 100.00 | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | NA | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 10,000.00 | NA | NA | .00 | .00 |
| SOUTHWEST GENERAL HEALTH CTR | Unsecured | 300.00 | NA | NA | .00 | .00 |
| ST JOHN MEDICAL CENTER | Unsecured | 100.00 | NA | NA | .00 | .00 |
| STERLING JEWELERS INC | Unsecured | 4,803.21 | NA | NA | .00 | .00 |
| SYNENBERG & ASSOCIATES LLC | Unsecured | 551.57 | NA | NA | .00 | .00 |
| TIME WARNER CABLE | Unsecured | 945.10 | NA | NA | .00 | .00 |
| UH PARMA MEDICAL CENTER | Unsecured | 550.00 | NA | NA | .00 | .00 |
| UNIVERSITY HOSPITAL | Unsecured | 200.00 | NA | NA | .00 | .00 |
| VERIZON BANKRUPTCY DEPT | Unsecured | 1,131.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Secured | 151,010.00 | 999,999.99 | .00 | .00 | .00 |
| WELLS FARGO BANK | Secured | 16,000.00 | 15,747.92 | 15,747.92 | .00 | .00 |
| WELLS FARGO BANK NA | Unsecured | NA | .00 | .00 | .00 | .00 |

0011-35-EPIE35-00416405-426580

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: DAWN MAHON   Case No.: 15-14055-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOW CABLE | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 15,747.92 | .00 | .00 |
| Debt Secured by Vehicle: | 17,000.00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 32,747.92 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 461.58 | .00 | .00 |
| **TOTAL PRIORITY:** | 461.58 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 49,686.24 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/31/2015   By: /s/Craig Shopneck - CLEVELAND
   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.